UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:06-CV-458-R

ALEXANDRIA GLASER                                                                PLAINTIFF

v.

KENTUCKY COMMERCIAL SERVICES
INC., ET AL                                                                      DEFENDANTS

**ORDER**

This matter coming before the Court on Plaintiff Alexandria Glaser's Motion for Summary Judgment; Defendants Kentucky Commercial Services Inc. and Stonecrest Condominium Association having responded and counter-motioned for summary judgment; Plaintiff having replied; the Court being sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment is DENIED. Defendants' Motion for Summary Judgment is GRANTED.